# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:26-cv-00782-TWT
### Jackson et al v. Jones et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/20/2026.

TIME COURT COMMENCED: 20:00 A.M.
TIME COURT CONCLUDED: 12:05 P.M.
TIME IN COURT: 2:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
CSO/DUSM: 1 CSO
DEPUTY CLERK: Jordyn Holder

ATTORNEY(S) PRESENT:
Wade Barron representing Jackson for Governor, Inc. & Richard L. Jackson
Joshua Belinfante representing Burt Jones for Georgia, Inc.
Joshua Belinfante representing WBJ Leadership Committee, Inc.
Joshua Belinfante representing William Burton Jones
James Bogan representing Jackson for Governor, Inc. & Richard L. Jackson
Adam Charnes representing Jackson for Governor, Inc. & Richard L. Jackson
David Dove representing Christopher M. Carr
David Dove representing Dana Diment
David Dove representing James D. Kreyenbuhl
David Dove representing Joseph Cusack
David Dove representing Rick Thompson
David Dove representing Stan Wise
Jeffrey Fisher representing Jackson for Governor, Inc. & Richard L. Jackson
Elizabeth Hicks representing Christopher M. Carr
Elizabeth Hicks representing Dana Diment
Elizabeth Hicks representing James D. Kreyenbuhl
Elizabeth Hicks representing Joseph Cusack
Elizabeth Hicks representing Rick Thompson
Elizabeth Hicks representing Stan Wise
Macy McFall representing Burt Jones for Georgia, Inc.
Macy McFall representing WBJ Leadership Committee, Inc.
Macy McFall representing William Burton Jones
Vincent Russo representing Burt Jones for Georgia, Inc.
Vincent Russo representing WBJ Leadership Committee, Inc.
Vincent Russo representing William Burton Jones

CONTINUED ON FOLLOWING PAGE

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [14]Motion for TRO GRANTED |
| MINUTE TEXT: | Hearing held on Plaintiff's Motion for Temporary Restraining Order. The Court heard argument from the parties on the motion. For the reasons stated on the record, the Court GRANTED the motion. Written order forthcoming. |
| HEARING STATUS: | Hearing Concluded |