UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Richard L. Jackson; *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>William Burton Jones, in his personal capacity, and in his official capacity as the Lieutenant Governor of Georgia, *et al.*,<br><br>   Defendants. | Case No. 1:26-cv-00782-TWT |

## PLAINTIFFS' MOTION TO CONTINUE HEARING

Plaintiffs Richard L. Jackson and Jackson for Governor, Inc. respectfully request to continue the hearing on Plaintiffs' Motion for Preliminary Injunction currently set for March 13, 2026 [ECF 48]. On February 20, 2026, lead counsel for Plaintiffs, Adam Charnes, who will be out of the country on March 13, submitted a Notice of Leave of Absence for March 9-13, 2026 [ECF 41]. Co-counsel for Plaintiffs, James F. Bogan III, also has non-refundable travel scheduled for March 13, 2026.

Plaintiffs' counsel is available at any time during the week of March 16, 2026.

The Jones Defendants oppose the Motion to Continue. The State Defendants take no position.

1

Respectfully submitted this 4th day of March, 2026.

| | |
|---|---|
| Adam H. Charnes<br>Texas Bar No. 24090629<br>*pro hac vice<br>KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>2001 Ross Avenue<br>Suite 4400<br>Dallas, Texas 75201<br>Telephone (214) 922-7106<br>Facsimile (214) 922-7101<br>acharnes@ktslaw.com | /s/James F. Bogan III<br>James F. Bogan III<br>Georgia Bar No. 065220<br>Jeffrey H. Fisher<br>Georgia Bar No. 981575<br>Wade H. Barron<br>Georgia Bar No. 773706<br><br>KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone (404) 815-6500<br>Facsimile (404) 815-6555<br>jbogan@ktslaw.com<br>jfisher@ktslaw.com<br>whbarron@ktslaw.com<br><br>*Counsel for Plaintiffs* |

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated:  March 4, 2026.

/s/*James F. Bogan III*
James F. Bogan III

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

*/s/James F. Bogan III*
James F. Bogan III
