IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD L. JACKSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM BURTON JONES, in his personal capacity, and in his official capacity as the Lieutenant Governor of Georgia, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:26-CV-782-TWT |

## ORDER

This is a civil rights action. It is before the Court on Plaintiffs Richard L. Jackson and Jackson for Governor, Inc.'s Motion to Continue the hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for March 13, 2026, at 10:00 AM [Doc. 55], which is DENIED.

SO ORDERED, this __9th__ day of March, 2026.

THOMAS W. THRASH, JR.
United States District Judge